IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEREMY MERREL WILLIAMS,<br><br>  Defendant. | CRIMINAL CASE NO.<br><br>1:14-cr-22-JEC-LTW |

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [17] recommending accepting defendant's plea of guilty tendered on March 28, 2014. No objections to the Report and Recommendation [17] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [17] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 9th day of June, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)